# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDDIE MILTON GAREY, JR.**  **PLAINTIFF**
Reg. #91876-020

v.   Case No: 2:17-cv-00117 KGB/PSH

**RHONDA LANGLEY,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court are the Findings and Partial Recommendation of United States Magistrate Judge Patricia S. Harris (Dkt. No. 22). Plaintiff Eddie Milton Garey filed objections (Dkt. No. 48).[1] After careful consideration of the Findings and Partial Recommendation and Mr. Garey's objections, as well as a *de novo* review of the record, the Court concludes that the Findings and Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 22). Mr. Garey's motion for a preliminary injunction is denied (Dkt. No. 11).

It is so ordered this the 16th day of March, 2018.

_____
Kristine G. Baker
United States District Judge

---

[1] Mr. Garey filed a motion to extend the time for filing his objections (Dkt. No. 46). Judge Harris granted Mr. Garey's motion and deemed the objections timely filed (Dkt. No. 50).