IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDDIE MILTON GAREY, JR.**                                                                                       PLAINTIFF
Reg. No. 91876-020

v.                                    Case No.: 2:17-cv-00117-LPR

**RHONDA LANGLEY,** *et al.*                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum of Decision filed today, as well as previous Orders and the jury verdicts rendered in this case,[1] it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of Eddie Milton Garey, Jr. against the United States in the amount of $500.00 for the trial negligence claim regarding Officer Nichols' handcuffing of Mr. Garey;[2] and (2) all other claims against all Defendants are dismissed or otherwise resolved against Mr. Garey as set out in the accompanying Memorandum of Decision and the Court's prior Orders.

IT IS SO ADJUDGED this 13th day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Order (Doc. 421) (adopting in full Proposed Findings and Partial Recommendation (Doc. 401)); Order (Doc. 428) (adopting the lion's share of Proposed Findings and Partial Recommendation (Doc. 400)); Jury Verdicts (Doc. 480).

[2] This is the only claim upon which Mr. Garey prevails.